```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 06 B 02712
    HELENE M HELGERT
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-2831


-------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 06/28/2006 and was not confirmed.

     The case was converted to chapter 7 without confirmation 09/11/2006.
-------------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                          PAID           PAID
-------------------------------------------------------------------------------
LOUIS W LEVIT            ADMINISTRATIV  NOT FILED             .00             .00
OFFICE OF THE US TRUSTEE NOTICE ONLY    NOT FILED             .00             .00
GLENVIEW STATE BANK      SECURED NOT I        .00             .00             .00
GLENVIEW STATE BANK      UNSECURED      NOT FILED             .00             .00
UNITED CREDIT UNION      SECURED NOT I        .00             .00             .00
UNITED CREDIT UNION      UNSECURED      NOT FILED             .00             .00
AMERICAN EXPRESS TRAVEL  UNSECURED        15293.13            .00             .00
AT&T UNIVERSAL CARD      UNSECURED      NOT FILED             .00             .00
BANK OF AMERICA          UNSECURED      NOT FILED             .00             .00
CAPITAL ONE              UNSECURED      NOT FILED             .00             .00
CARD MEMBER SERVICES     UNSECURED      NOT FILED             .00             .00
B-LINE LLC               UNSECURED         2339.45            .00             .00
Q CARD                   UNSECURED      NOT FILED             .00             .00
LEHMAN & FOX             DEBTOR ATTY          .00                             .00
TOM VAUGHN               TRUSTEE                                              .00
DEBTOR REFUND            REFUND                                               .00

         Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                   RECEIPTS          DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                    .00

PRIORITY                                       .00
SECURED                                        .00
UNSECURED                                      .00
ADMINISTRATIVE                                 .00
TRUSTEE COMPENSATION                           .00
DEBTOR REFUND                                  .00
                   --------------      --------------
TOTALS                     .00                 .00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/14/06

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE