**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
NORTHERN DIVISION**

| | |
|---|---|
| IN RE: | CHAPTER 7 CASE |
| HELENE M. HELGERT, | CASE NO. 06-02712 CPJ |
| Debtor | JUDGE JACQUELINE P. COX |

**TRUSTEE'S FINAL REPORT**

To:   THE HONORABLE JACQUELINE P. COX
      BANKRUPTCY JUDGE

NOW COMES LOUIS W. LEVIT, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report and Account in accordance with 11 U.S.C. §704(9).

1.   LOUIS W. LEVIT was appointed as the Chapter 7 trustee ("Trustee"). The Petition commencing this case was filed on March 17, 2006 and an order for relief under Chapter 7 was entered. The Trustee was appointed on March 17, 2006. The Trustee's case bond is included within the Trustee's blanket bond.

2.   The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A. The Trustee has not found it advisable to oppose the Debtor's discharge.

3.   The disposition of estate property is set forth in Exhibit B. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.   A summary of the Trustee's Final Report as of November 28, 2007 is as follows:

|   |   |   |
|---|---|---|
| a. RECEIPTS (See Exhibit C) | $ | 43,945.81 |
| b. DISBURSEMENTS (See Exhibit C) | $ | 0.00 |
| c. NET CASH available for distribution | $ | 43,945.81 |
| d. TRUSTEE/PROFESSIONAL COSTS | | |
| 1. Trustee compensation requested | $ | 5,144.58 |
| 2. Trustee Expenses | $ | 44.70 |
| 3. Compensation requested by attorney or other professionals for trustee | $ | 13,692.67 |

5. The Bar Date for filing unsecured claims expired on February 1, 2007.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee. The actual dollar amount of claims allowed and/or requested for this estate is as follows:

|   |   |   |
|---|---|---|
| a. Allowed unpaid secured claims | $ | 0.00 |
| b. Chapter 7 Administrative and 28 U.S.C. §1930 claims | $ | 18,881.95 |
| c. Allowed Chapter 11 Administrative Claims | $ | 0.00 |
| d. Allowed priority claims | $ | 0.00 |
| e. Allowed unsecured claims | $ | 29,118.10 |

7. Trustee proposes that unsecured creditors receive a distribution of 86.07% of allowed claims.

8. Total compensation and expense previously awarded to Trustee's counsel, accountant or other professional was $0.00. Professional's compensation and expense requested but not yet allowed is $13,692.67. The total of Chapter 7 professional fees and expenses requested for final allowance is $13,692.67.

9. A fee of $1,200.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowances of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

Dated: <u>December 17, 2007</u>　　　　　　　　RESPECTFULLY SUBMITTED,


　　　　　　　　　　　　　　　　　　　　By:<u>/s/Louis W. Levit, Trustee                </u>
　　　　　　　　　　　　　　　　　　　　　　LOUIS W. LEVIT, Trustee
　　　　　　　　　　　　　　　　　　　　　　LOUIS W. LEVIT, P. C,
　　　　　　　　　　　　　　　　　　　　　　555 Skokie Blvd
　　　　　　　　　　　　　　　　　　　　　　SUITE 500
　　　　　　　　　　　　　　　　　　　　　　Northbrook, IL 60062
　　　　　　　　　　　　　　　　　　　　　　Telephone # (847) 897-5710
　　　　　　　　　　　　　　　　　　　　　　Bar Number: 1641107

**EXHIBIT A**

The Trustee reviewed the Debtor's Schedule of Assets and Liabilities and Statements of Financial Affairs. The Trustee conducted an examination of the Debtor at the Section 341 meeting of creditors. The Trustee reviewed the Debtor's motion to convert this case to one under Chapter 13 of the Code. Thereafter, the Trustee reviewed and responded to the Chapter 13 Trustee's Motion to Dismiss this case.

    A.    The Trustee investigated the Debtor's interest in the cooperative apartment located at 1534 E. 59th Street, Chicago, Illinois (the "Property"); the Trustee analyzed the Debtor's claimed exemption in the Property; the Trustee contacted certain real estate professionals to assist in the verification of the value of the Property; the Trustee negotiated with the Debtor for a purchase of the Debtor's interest in the Property; ultimately, the Trustee negotiated such that the Debtor would waive her claimed exemption against the Property; pursuant to this Court's order dated August 28, 2007 the Trustee sold the Property to the Debtor and the Estate recovered gross proceeds of $40,000.00;

    B.    The Trustee investigated the Debtor's interest in a bond fund, including the Debtor's claimed exemption in the bond fund; the Trustee liquidated the Debtor's interest in a bond fund and collected $3,800.00 on behalf of the Estate;

    C.    The Trustee prepared semi-annual reports to the United States Trustee's Office;

    D.    The Trustee managed the Estate's cash on hand. This included investing the Estate's funds in interest bearing accounts and maintaining a report of cash receipts and disbursements;

    E.    The Trustee examined the Debtor's records in an effort to identify additional assets available to the Estate for liquidation and to verify the disposition of assets;

    F.    The Trustee attended to tax issues for the Estate; the Trustee prepared and filed tax returns for the Estate and sought a determination from the taxing authority that the tax returns were accepted as final;

    G.    The Trustee reviewed the claims filed in this case; the Trustee prepared and filed objections to two (2) improperly filed secured claims and pursuant to this Court's order, obtained the disallowance of said claims.

# EXHIBIT B

# DISPOSITION OF ESTATE PROPERTY

| Scheduled Property and Disposition | Amount Realized |
|---|---|
|  |  |

| Unscheduled Property | Amount Realized |
|---|---|
| See Forms 1 & 2, attached hereto |  |

|  |  |
|---|---|
| TOTAL RECEIPTS | $ 43,945.81 |
| TOTAL SCHEDULED VALUE OF PROPERTY ABANDONED | $ 0.00 |
| TOTAL SCHEDULED VALUE OF EXEMPT PROPERTY | $ 59,844.00 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 06-02712 CPJ  
**Case Name:** HELGERT, HELENE M.  
**Period Ending:** 12/16/07

**Trustee:** (330450) LOUIS W. LEVIT  
**Filed (f) or Converted (c):** 03/17/06 (f)  
**§341(a) Meeting Date:** 05/11/06  
**Claims Bar Date:**

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking account | 44.00 | 0.00 | | 0.00 | FA |
| 2 | Furniture | 300.00 | 0.00 | | 0.00 | FA |
| 3 | Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 4 | 401k | 40,000.00 | 0.00 | | 0.00 | FA |
| 5 | Bond Fund | 7,800.00 | 3,800.00 | | 3,800.00 | FA |
| 6 | Automobile 2002 Ford Focus | 5,000.00 | 0.00 | | 0.00 | FA |
| 7 | Coop Shares Residence | 188,000.00 | 91,509.00 | | 40,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 145.81 | Unknown |
| 8 | **Assets Totals** (Excluding unknown values) | **$241,644.00** | **$95,309.00** | | **$43,945.81** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**      **Current Projected Date Of Final Report (TFR):**

**EXHIBIT C**

**CASH RECEIPTS AND DISBURSEMENTS**

## Form 2
### Cash Receipts And Disbursements Record

**Case Number:** 06-02712 CPJ  
**Case Name:** HELGERT, HELENE M.  
**Taxpayer ID #:** 13-7546607  
**Period Ending:** 12/16/07  

**Trustee:** LOUIS W. LEVIT (330450)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** \*\*\*-\*\*\*\*\*98-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 11/06/06 | {5} | Helene M. Helgert | Proceeds of Bond Fund | 1129-000 | 3,800.00 | | 3,800.00 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 1.91 | | 3,801.91 |
| 12/29/06 | | Chase Bank | Reverse--Backup withholding | 2990-000 | | -0.67 | 3,802.58 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 2.41 | | 3,804.99 |
| 12/29/06 | | Chase Bank | Backup Witholding | 2990-000 | | 0.67 | 3,804.32 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.53 | | 3,806.85 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.89 | | 3,808.74 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.03 | | 3,810.77 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.10 | | 3,812.87 |
| 05/14/07 | {7} | Helene M. Helgert | Home Purchase | 1110-000 | 40,000.00 | | 43,812.87 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 13.49 | | 43,826.36 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 22.62 | | 43,848.98 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 24.97 | | 43,873.95 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 24.20 | | 43,898.15 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 21.87 | | 43,920.02 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 25.79 | | 43,945.81 |

**Subtotals :** $43,945.81 $0.00

{} Asset reference(s)     Printed: 12/16/2007 08:53 AM     V.9.52

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 06-02712 CPJ  
**Case Name:** HELGERT, HELENE M.  
**Taxpayer ID #:** 13-7546607  
**Period Ending:** 12/16/07  

**Trustee:** LOUIS W. LEVIT (330450)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** \*\*\*-\*\*\*\*\*98-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| | | | ACCOUNT TOTALS | | 43,945.81 | 0.00 | $43,945.81 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 43,945.81 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $43,945.81 | $0.00 | |

|  | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| MMA # \*\*\*-\*\*\*\*\*98-65 | 43,945.81 | 0.00 | 43,945.81 |
| | $43,945.81 | $0.00 | $43,945.81 |

{} Asset reference(s)   Printed: 12/16/2007 08:53 AM   V.9.52

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**NORTHERN DIVISION**

| | |
|---|---|
| IN RE: | CHAPTER 7 CASE |
| HELENE M. HELGERT, | CASE NO. 06-02712 CPJ |
| | JUDGE JACQUELINE P. COX |
| Debtor | |

**DISTRIBUTION REPORT**

I, <u>LOUIS W. LEVIT</u>, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

SUMMARY OF DISTRIBUTION:

| | |
|---|---:|
| Secured Claims: | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 18,881.95 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 25,063.19 |
| TOTAL AMOUNT TO BE DISTRIBUTED: | $ 43,945.14 |

**EXHIBIT D**

**DISTRIBUTION REPORT**                                                                                           **PAGE 2**

| 1. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| Secured Claims | | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 2. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | | 18,881.95 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| | Alan D. Lasko & Associates, P. C., *Trustee's Accountants Fees* | 2,423.80 | 2,423.80 |
| | Alan D. Lasko & Associates, P. C., *Trustee's Accountants Fees* | 13.87 | 13.87 |
| | DiMonte & Lizak, *Trustee's Co-Counsel Fees (Other Firm)* | 8,892.50 | 8,892.50 |
| | Louis W. Levit, Trustee, *Trustee Compensation* | 5,144.58 | 5,144.58 |
| | Louis W. Levit, Trustee, *Trustee Expenses* | 44.70 | 44.70 |
| | Louis W. Levit, P.C. *Trustee's Co-Counsel Fees (Trustee Firm)* | 2,362.50 | 2,362.50 |

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in possession (DIP) administrative expenses) | | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|

**EXHIBIT D**

**DISTRIBUTION REPORT**                                                          **PAGE 3**

| | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | TOTAL | $ | 0.00 |

| | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| **5.** | **TYPE OF CLAIMS** | | |
| | §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | TOTAL | $ | 0.00 |

| | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| **6.** | **TYPE OF CLAIMS** | | |
| | §507(a)(4) - Contributions to Employee Benefit Funds | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | TOTAL | $ | 0.00 |

| | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| **7.** | **TYPE OF CLAIMS** | | |
| | §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | TOTAL | $ | 0.00 |

| | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| **8.** | **TYPE OF CLAIMS** | | |
| | 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | TOTAL | $ | 0.00 |

**EXHIBIT D**

**DISTRIBUTION REPORT**                                                                                      **PAGE 4**

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(7) - Alimony | | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | TOTAL | $ | 0.00 |

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §724(b)(6) - Tax Liens: | | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | TOTAL | $ | 0.00 |

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(8) - Tax claims excluding fines and penalties | | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | TOTAL | $ | 0.00 |

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | TOTAL | $ | 0.00 |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(2) - General Claims (To be paid <u>pro-rata</u> after costs of administration and priority claims are paid in full) | | 29,118.10 | 86.07% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| 3 | American Express Bank FSB | 15,293.13 | 13,163.45 |

**EXHIBIT D**

**DISTRIBUTION REPORT** **PAGE 5**

| | | | |
|---|---|---:|---:|
| 4 | B-Line, LLC/Chase Bank USA, N.A. | 2,339.45 | 2,013.66 |
| 5 | eCAST Settlement Corporation successor to | 11,485.52 | 9,886.08 |
| | | TOTAL       $ | 25,063.19 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| | General Unsecured Subordinated claims | $         0.00 | 0.00% |

| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
|---|---|---:|---:|
| | | TOTAL       $ | 0.00 |

| 15. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| | §726(a)(3) - Late unsecured claims | 0.00 | 0.00% |

| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
|---|---|---:|---:|
| | | TOTAL       $ | 0.00 |

| 16. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| | §726(a)(4) - Fines/penalties | 0.00 | 0.00% |

| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
|---|---|---:|---:|
| | | TOTAL       $ | 0.00 |

| 17. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| | §726(a)(5) - Interest | 0.00 | 0.00% |

| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
|---|---|---:|---:|
| | | TOTAL       $ | 0.00 |

| 18. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|

**EXHIBIT D**

**DISTRIBUTION REPORT**　　　　　　　　　　　　　　　　　　　　　　　　　　　**PAGE 6**

§726(a)(6) - Surplus to Debtor　　　　　　　　　　　　　　　0.00　　　　0.00%

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| | TOTAL　$ | 0.00 |

The following claims are not included in the distribution because they have been disallowed or barred by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | DISALLOWED AMOUNT OF CLAIM | /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Secured | 1 | United Credit Union<br>c/o Donald L. Newman & Associates<br>11 S LaSalle Street, Suite 1500<br>Chicago, IL  60603- | $ 32,787.06 | Disallowed |
| Secured | 2 | Glenview State Bank<br>c/o Donald L Newman & Associates<br>11 S LaSalle Street, Suite 1500<br>Chicago, IL  60603- | $ 5,980.92 | Disallowed |

　　　WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.


DATED: _____　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　LOUIS W. LEVIT, Trustee




**EXHIBIT D**