**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
NORTHERN DIVISION**

| | |
|---|---|
| IN RE: | CHAPTER 7 CASE |
| HELENE M. HELGERT, | CASE NO. 06-02712 JPC |
| | JUDGE JACQUELINE P. COX |
| Debtor | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO the Debtor, Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

   At: U.S. BANKRUPTCY COURT
   219 South Dearborn, Courtroom 619
   Chicago, Illinois 60604

   on: **March 27, 2008**
   at: **9:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   a. Receipts                              $       43,945.81

   b. Disbursements                         $            0.00

   c. Net Cash Available for Distribution   $       43,945.81

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| | | | |
|---|---|---|---|
| Alan D. Lasko & Associates, P. C. | 0.00 | $2,423.80 | $13.87 |
| *(Trustee's Accountant)* | | | |
| DiMonte & Lizak | 0.00 | $8,892.50 | $0.00 |
| *(Trustee's Co-Counsel, Other Firm)* | | | |
| Louis W. Levit, Trustee | 0.00 | $5,144.58 | $44.70 |

Louis W. Levit, P.C.                                              0.00        $2,362.50         $0.00
(*Trustee's Co-Counsel, Trustee Firm*)

5.  Applications for Chapter 11 fees and administrative expenses have been filed as follows: NONE

6.  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 100.00%.

7.  Claims of general unsecured creditors totaling $29,118.10 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 86.07%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 3 | American Express Bank FSB | $ 15,293.13 | $ 13,163.45 |
| 4 | B-Line, LLC/Chase Bank USA, N.A. | $ 2,339.45 | $ 2,013.66 |
| 5 | eCAST Settlement Corporation successor to | $ 11,485.52 | $ 9,886.08 |

8.  Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9.  The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing:

Dated: **March 4, 2008**                For the Court,

                                        By: **KENNETH S. GARDNER**
                                        Kenneth S. Gardner
                                        Clerk of the Bankruptcy Court
                                        219 S. Dearborn Street; 7th Floor
                                        Chicago, IL 60604

Trustee: LOUIS W. LEVIT
Address: LOUIS W. LEVIT, P. C,
555 Skokie Blvd
SUITE 500
Northbrook, IL 60062

Phone No.: (847) 897-5710

## SERVICE LIST

**HELENE M. HELGERT**
**06 B 02712**

Louis Levit, P. C,
555 Skokie Blvd., Suite 500
Northbrook, IL  60062

Ira P Goldberg
DiMonte & Lizak, LLC
216 Higgins Road
Park Ridge, IL 60068

Alan D. Lasko
Alan D. Lasko & Associates, P.C.
29 South LaSalle Street, Suite 1240
Chicago, IL 60603