# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# NORTHERN DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 7 CASE |
| HELENE M. HELGERT, | CASE NO. 06-02712 JPC |
| | JUDGE JACQUELINE P. COX |
| Debtor | |

### NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

TO the Debtor, Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

   At: U.S. BANKRUPTCY COURT
   219 South Dearborn, Courtroom 619
   Chicago, Illinois 60604

   on: **March 27, 2008**
   at: **9:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   a. Receipts                              $         43,945.81

   b. Disbursements                         $              0.00

   c. Net Cash Available for Distribution   $         43,945.81

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| | | | |
|---|---|---|---|
| Alan D. Lasko & Associates, P. C. | 0.00 | $2,423.80 | $13.87 |
| *(Trustee's Accountant)* | | | |
| DiMonte & Lizak | 0.00 | $8,892.50 | $0.00 |
| *(Trustee's Co-Counsel, Other Firm)* | | | |
| Louis W. Levit, Trustee | 0.00 | $5,144.58 | $44.70 |

| | | | |
|---|---|---|---|
| Louis W. Levit, P.C. | 0.00 | $2,362.50 | $0.00 |
| (*Trustee's Co-Counsel, Trustee Firm*) | | | |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows: NONE

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 100.00%.

7. Claims of general unsecured creditors totaling $29,118.10 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 86.07%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 3 | American Express Bank FSB | $ 15,293.13 | $ 13,163.45 |
| 4 | B-Line, LLC/Chase Bank USA, N.A. | $ 2,339.45 | $ 2,013.66 |
| 5 | eCAST Settlement Corporation successor to | $ 11,485.52 | $ 9,886.08 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing:

Dated: **March 4, 2008**                    For the Court,

By: **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL 60604

Trustee: LOUIS W. LEVIT
Address: LOUIS W. LEVIT, P. C,
555 Skokie Blvd
SUITE 500
Northbrook, IL 60062

Phone No.:  (847) 897-5710

## SERVICE LIST

**HELENE M. HELGERT**
**06 B 02712**

Louis Levit, P. C,
555 Skokie Blvd., Suite 500
Northbrook, IL  60062

Ira P Goldberg
DiMonte & Lizak, LLC
216 Higgins Road
Park Ridge, IL 60068

Alan D. Lasko
Alan D. Lasko & Associates, P.C.
29 South LaSalle Street, Suite 1240
Chicago, IL 60603

BAE SYSTEMS
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

2712   Doc 61   Filed 03/04/08   Entered 03/07/08 00:08:35   Desc Imaged
Certificate of Service   Page 5 of 5

# CERTIFICATE OF SERVICE

```
District/off: 0752-1            User: amcc7                  Page 1 of 1                 Date Rcvd: Mar 04, 2008
Case: 06-02712                  Form ID: pdf002              Total Served: 16

The following entities were served by first class mail on Mar 06, 2008.
db          +Helene M Helgert,    1534 E 59th St,    Chicago, IL 60637-2017
aty         +Beth A Lehman,    Lehman & Fox,    6 E Monroe Suite 1004,    Chicago, IL 60603-2721
aty         +Horace Fox,    Lehman & Fox,    6 E Monroe St,    Ste 1004,    Chicago, IL 60603-2721
aty         +Ira P Goldberg,    DiMonte & Lizak, LLC,    216 Higgins Road,    Park Ridge, IL 60068-5706
tr          +Louis W Levit, ESQ,    555 Skokie Boulevard # 500,    Northbrook, IL 60062-2845
10651967    +AT & T Universal Card,    P O Box  688907,    Des Moines IA 50368-8907
10651966     American Express,    P O Box  360002,    Ft Lauderdale FL   3336 - 0002
10688234     American Express Bank FSB,    c/o Becket and Lee LLP,    P O Box 3001,    Malvern, PA 19355-0701
10651968     Bank of America,    P O Box  1758,    Newark NJ  07101 - 0259
10651969    +Capital One Bank,    P O Box  790216,    St Louis MO 63179-0216
10651970    +Cardmember Services,    P O Box  15153,    Wilmington DE 19886-5153
10723072    +Glenview State Bank,    c/o Donald L Newman & Associates,    11 S LaSalle Street,    Suite 1500,
              Chicago, IL 60603-1224
10651971    +Qcard,    P O Box  530905,    Atlanta GA 30353-0905
10651965    +United Credit Union,    c/o Donald L. Newman & Associates,    11 S LaSalle Street,    Suite 1500,
              Chicago, IL 60603-1224
11142192     eCAST Settlement Corporation successor to,    CitiBank South Dakota NA,    POB 35480,
              Newark NJ 07193-5480

The following entities were served by electronic transmission on Mar 05, 2008.
aty         +E-mail/Text: blehman@lehmanfox.com                             Beth A Lehman,    Lehman & Fox,
              6 E Monroe Suite 1004,    Chicago, IL 60603-2721
10876741    +E-mail/PDF: B-LinellcBNCNotifications@blinellc.com Mar 05 2008 06:46:35
              B-Line, LLC/Chase Bank USA, N.A.,    Mail Stop 550,    2101 Fourth Ave., Suite 1030,
              Seattle, WA 98121-2317
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10651964     Glenview  State  Bank
aty*        +Louis W Levit, ESQ,    555 Skokie Boulevard # 500,    Northbrook, IL 60062-2845
aty*        +Louis W Levit, ESQ,    555 Skokie Boulevard # 500,    Northbrook, IL 60062-2845
                                                                                              TOTALS: 1, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 06, 2008**                         **Signature:** _Joseph Speetjens_