**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
NORTHERN DIVISION**

| | |
|---|---|
| IN RE: | CHAPTER 7 CASE |
| HELENE M. HELGERT, | CASE NO. 06-02712 JPC |
| | HON. JACQUELINE P. COX |
| **Debtor** | |

**TRUSTEE'S FINAL ACCOUNT AND APPLICATION
TO CLOSE CASE AND DISCHARGE THE TRUSTEE**

TO:   THE HONORABLE JACQUELINE P. COX,
      BANKRUPTCY JUDGE

     Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses, a copy of which is attached as Exhibit "A," and the Trustee's Distribution Report, a copy of which is attached as Exhibit "B."

     All checks have been cashed.   The final Form II is attached as Exhibit "C" reflecting a balance of zero for this estate.

     The Trustee certifies that the estate has been fully administered, requests that he be discharged, and the case closed pursuant to 11 U.S.C. §350.


| | |
|---|---|
| <u>May 7, 2008</u> | <u>/s/Louis W. Levit, Trustee</u> |
| DATE | LOUIS W. LEVIT, TRUSTEE |

**EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 7 CASE |
| HELENE M. HELGERT, | CASE NO. 06-02712 CPJ |
| Debtor | JUDGE JACQUELINE P. COX |

**ORDER AWARDING COMPENSATION AND EXPENSE REIMBURSEMENT
TO ALAN D. LASKO & ASSOCIATES, P.C., TRUSTEE'S ACCOUNTANT**

THIS MATTER BEING HEARD on the First and Final Application for Allowance and Payment of Compensation and Expense Reimbursement of Alan D. Lasko & Associates, P.C., as Accountants for Trustee, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the request for compensation and expense reimbursement is allowed to Alan D. Lasko & Associates, P.C. as follows:

| | |
|---|---|
| Compensation | $2,423.80 |
| Expenses | $13.87 |
| TOTAL | $2,437.67 |

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

Dated this __ day of _____, 2008

ENTERED:_____
JUDGE JACQUELINE P. COX
UNITED STATES BANKRUPTCY JUDGE

[Stamp: ENTERED MAR 27 2008 Judge Jacqueline P. Cox, United States Bankruptcy Court]

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: ) Chapter 7
)
HELENE M. HELGERT, ) Case No. 06 B 02712
)
Debtor. ) Judge Jacqueline P. Cox
)

## ORDER AWARDING COMPENSATION AND EXPENSES
## AND DIRECTING DISTRIBUTION OF ESTATE PROPERTY

This matter coming to be heard on the final request of DiMonte & Lizak, LLC ("Co-Counsel") for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

**IT IS HEREBY ORDERED**: that the Co-Counsel's final request for the allowance of fees and expenses is allowed as follows:

1. Co-Counsel's compensation       $ 6905.84

2. Co-Counsel's expenses           $ 0.00

   TOTAL                           $ 6905.84

**IT IS FURTHER ORDERED** that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED: _____     ENTERED: _____
                           The Honorable Jacqueline P. Cox
                           U.S. Bankruptcy Judge

*[Stamp: ENTERED MAR 27 2008, Judge Jacqueline P. Cox, United States Bankruptcy Court]*

Ira P. Goldberg (ARDC# 6185512)
DiMonte & Lizak, LLC
216 West Higgins Road
Park Ridge, Illinois 60068
Tel: 847-698-9600
Fax: 847-698-9623

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 7 CASE |
| HELENE HELGERT, | CASE NO. 06-02712 |
| Debtor | JUDGE JACQUELINE P. COX |

## ORDER AWARDING COMPENSATION AND EXPENSE REIMBURSEMENT
## TO LOUIS W. LEVIT, TRUSTEE

THIS MATTER BEING HEARD on the First and Final Application for Allowance and Payment of Compensation and Expense Reimbursement of Louis W. Levit, Trustee, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the request for compensation, subject to the voluntary reduction of $1,986.66, and expense reimbursement is allowed as follows:

Louis W. Levit, Trustee
a. *Trustee Compensation*   $3,157.92
b. *Trustee Expenses*        $44.70
         TOTAL               $3,202.62

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

Dated this ___ day of _____, 2008

ENTERED: _____
JUDGE JACQUELINE P. COX
UNITED STATES BANKRUPTCY JUDGE

*ENTERED MAR 27 2008 Judge Jacqueline P. Cox United States Bankruptcy Court*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 7 CASE |
| HELENE HELGERT, | CASE NO. 06-02712 |
| Debtor | JUDGE JACQUELINE P. COX |

### ORDER AWARDING COMPENSATION
### TO LOUIS W. LEVIT, P. C., TRUSTEE'S ATTORNEYS

THIS MATTER BEING HEARD on the First and Final Application for Allowance and Payment of Compensation of Louis W. Levit, P. C., notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the request for compensation is allowed as follows:

Louis W. Levit, P. C.
a. *Attorney for Trustee Compensation*              $2,362.50

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowance listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

Dated this __ day of _____, 2008

ENTERED: _____
JUDGE JACQUELINE P. COX
UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT B**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
NORTHERN DIVISION**

| | |
|---|---|
| IN RE: | CHAPTER 7 CASE |
| HELENE M. HELGERT, | CASE NO. 06-02712 CPJ |
| | JUDGE JACQUELINE P. COX |
| Debtor | |

**DISTRIBUTION REPORT**

I, <u>LOUIS W. LEVIT</u>, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

<u>SUMMARY OF DISTRIBUTION:</u>

| | |
|---|---:|
| Secured Claims: | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 14,908.63 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 29,118.10 |
| <u>TOTAL AMOUNT TO BE DISTRIBUTED:</u> | $ 44,026.73 |

**DISTRIBUTION REPORT**                                                         **PAGE 2**

| 1. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | Secured Claims | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 2. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | 18,881.95 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| | Alan D. Lasko & Associates, P. C., *Trustee's Accountants Fees* | 2,423.80 | 2,423.80 |
| | Alan D. Lasko & Associates, P. C., *Trustee's Accountants Fees* | 13.87 | 13.87 |
| | DiMonte & Lizak, *Trustee's Co-Counsel Fees (Other Firm)* | 6,905.84[1] | 6,905.84 |
| | Louis W. Levit, Trustee, *Trustee Compensation* | 3,157.92[1] | 3,157.92 |
| | Louis W. Levit, Trustee, *Trustee Expenses* | 44.70 | 44.70 |
| | Louis W. Levit, P.C. *Trustee's Co-Counsel Fees (Trustee Firm)* | 2,362.50 | 2,362.50 |

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §726(a) & (b) and §507(a)(1) (Debtor-in possession (DIP) administrative expenses) | 0.00 | 0.00% |

---

[1] Di Monte & Lizak and Louis W. Levit, Trustee voluntarily have agreed to reduce their fees (by $1,986.66, respectively) so that general unsecured creditors receive a distribution equal to 100% of allowed claims.

**DISTRIBUTION REPORT** **PAGE 3**

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL | $ 0.00 |

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL | $ 0.00 |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(4) - Contributions to Employee Benefit Funds | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL | $ 0.00 |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL | $ 0.00 |

**DISTRIBUTION REPORT** **PAGE 4**

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | TOTAL | $ | 0.00 |

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(7) - Alimony | | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | TOTAL | $ | 0.00 |

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §724(b)(6) - Tax Liens: | | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | TOTAL | $ | 0.00 |

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(8) - Tax claims excluding fines and penalties | | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | TOTAL | $ | 0.00 |

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | TOTAL | $ | 0.00 |

**DISTRIBUTION REPORT** **PAGE 5**

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(2) - General Claims (To be paid <u>pro-rata</u> after costs of administration and priority claims are paid in full) | | 29,118.10 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 3 | American Express Bank FSB | 15,293.13 | 15,293.13 |
| 4 | B-Line, LLC/Chase Bank USA, N.A. | 2,339.45 | 2,339.45 |
| 5 | eCAST Settlement Corporation successor to | 11,485.52 | 11,485.52 |
| | TOTAL | $ | 29,118.10 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| General Unsecured Subordinated claims | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | TOTAL | $ | 0.00 |

| 15. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(3) - Late unsecured claims | | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | TOTAL | $ | 0.00 |

| 16. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(4) - Fines/penalties | | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | TOTAL | $ | 0.00 |

| 17. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|

**DISTRIBUTION REPORT** **PAGE 6**

§726(a)(5) - Interest     0.00     0.00%

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 18. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(6) - Surplus to Debtor | | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

The following claims are not included in the distribution because they have been disallowed or barred by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Secured | 1 | United Credit Union<br>c/o Donald L. Newman & Associates<br>11 S LaSalle Street, Suite 1500<br>Chicago, IL  60603- | $ 32,787.06 | Disallowed |
| Secured | 2 | Glenview State Bank<br>c/o Donald L Newman & Associates<br>11 S LaSalle Street, Suite 1500<br>Chicago, IL  60603- | $ 5,980.92 | Disallowed |

    WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: 3/26/08          /s/Louis W. Levit, Trustee
                                            LOUIS W.  LEVIT, Trustee

**EXHIBIT C**

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 06-02712 CPJ | | Trustee: | LOUIS W. LEVIT (330450) |
|---|---|---|---|---|
| Case Name: | HELGERT, HELENE M. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****98-65 - Money Market Account |
| Taxpayer ID #: | 13-7546607 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 05/07/08 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 11/06/06 | {5} | Helene M. Helgert | Proceeds of Bond Fund | 1129-000 | 3,800.00 | | 3,800.00 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 1.91 | | 3,801.91 |
| 12/29/06 | | Chase Bank | Reverse--Backup withholding | 2990-000 | | -0.67 | 3,802.58 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 2.41 | | 3,804.99 |
| 12/29/06 | | Chase Bank | Backup Witholding | 2990-000 | | 0.67 | 3,804.32 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.53 | | 3,806.85 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.89 | | 3,808.74 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.03 | | 3,810.77 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.10 | | 3,812.87 |
| 05/14/07 | {7} | Helene M. Helgert | Home Purchase | 1110-000 | 40,000.00 | | 43,812.87 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 13.49 | | 43,826.36 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 22.62 | | 43,848.98 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 24.97 | | 43,873.95 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 24.20 | | 43,898.15 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 21.87 | | 43,920.02 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 25.79 | | 43,945.81 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest Earned | 1270-000 | 22.86 | | 43,968.67 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 22.39 | | 43,991.06 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 20.11 | | 44,011.17 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 9.03 | | 44,020.20 |
| 03/24/08 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.2500% | 1270-000 | 6.53 | | 44,026.73 |
| 03/24/08 | | To Account #*********9866 | for final distribution | 9999-000 | | 44,026.73 | 0.00 |

|  | Subtotals : | $44,026.73 | $44,026.73 |
|---|---|---|---|

{} Asset reference(s)    Printed: 05/07/2008 09:11 AM    V.10.03

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 06-02712 CPJ  
**Case Name:** HELGERT, HELENE M.  
**Taxpayer ID #:** 13-7546607  
**Period Ending:** 05/07/08  

**Trustee:** LOUIS W. LEVIT (330450)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****98-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| | | | | | | | $0.00 |
| | | | **ACCOUNT TOTALS** | | 44,026.73 | 44,026.73 | |
| | | | Less: Bank Transfers | | 0.00 | 44,026.73 | |
| | | | **Subtotal** | | 44,026.73 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$44,026.73** | **$0.00** | |

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 06-02712 CPJ  
**Case Name:** HELGERT, HELENE M.  
**Taxpayer ID #:** 13-7546607  
**Period Ending:** 05/07/08  

**Trustee:** LOUIS W. LEVIT (330450)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****98-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/24/08 |  | From Account #********9865 | for final distribution | 9999-000 | 44,026.73 |  | 44,026.73 |
| 04/07/08 | 101 | Alan D. Lasko & Associates, P. C. | Dividend paid 100.00% on $2,423.80, Accountant for Trustee Fees (Other Firm); Reference: Voided on 04/14/08 | 3410-000 |  | 2,423.80 | 41,602.93 |
| 04/07/08 | 102 | Alan D. Lasko & Associates, P. C. | Dividend paid 100.00% on $13.87, Accountant for Trustee Expenses (Other Firm); Reference: Voided on 04/14/08 | 3420-000 |  | 13.87 | 41,589.06 |
| 04/07/08 | 103 | DiMonte & Lizak | Dividend paid 100.00% on $6,905.84, Attorney for Trustee Fees (Other Firm); Reference: Voided on 04/14/08 | 3210-000 |  | 6,905.84 | 34,683.22 |
| 04/07/08 | 104 | Louis W. Levit, P.C. | Dividend paid 100.00% on $2,362.50, Attorney for Trustee Fees (Trustee Firm); Reference: Voided on 04/14/08 | 3110-000 |  | 2,362.50 | 32,320.72 |
| 04/07/08 | 105 | American Express Bank FSB | Dividend paid 100.00% on $15,293.13; Claim# 3; Filed: $15,293.13; Reference: Voided on 04/14/08 | 7100-000 |  | 15,293.13 | 17,027.59 |
| 04/07/08 | 106 | B-Line, LLC/Chase Bank USA, N.A. | Dividend paid 100.00% on $2,339.45; Claim# 4; Filed: $2,339.45; Reference: Voided on 04/14/08 | 7100-000 |  | 2,339.45 | 14,688.14 |
| 04/07/08 | 107 | eCAST Settlement Corporation successor to | Dividend paid 100.00% on $11,485.52; Claim# 5; Filed: $11,485.52; Reference: Voided on 04/14/08 | 7100-000 |  | 11,485.52 | 3,202.62 |
| 04/07/08 | 108 | Louis W. Levit, Trustee | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND | 2100-000 |  | 3,202.62 | 0.00 |
|  |  |  |  | **Subtotals :** | **$44,026.73** | **$44,026.73** |  |

{} Asset reference(s)

Printed: 05/07/2008 09:11 AM    V.10.03

Page: 4

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 06-02712 CPJ
**Case Name:** HELGERT, HELENE M.
**Taxpayer ID #:** 13-7546607
**Period Ending:** 05/07/08

**Trustee:** LOUIS W. LEVIT (330450)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****98-66 - Checking Account
**Blanket Bond:** $5,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/14/08 | | | INTEREST Voided on 04/14/08 | | | | |
| 04/14/08 | 101 | Alan D. Lasko & Associates, P. C. | Dividend paid 100.00% on $2,423.80, Accountant for Trustee Fees (Other Firm); Reference: Voided: check issued on 04/07/08 | 3410-000 | | -2,423.80 | 2,423.80 |
| 04/14/08 | 102 | Alan D. Lasko & Associates, P. C. | Dividend paid 100.00% on $13.87, Accountant for Trustee Expenses (Other Firm); Reference: Voided: check issued on 04/07/08 | 3420-000 | | -13.87 | 2,437.67 |
| 04/14/08 | 103 | DiMonte & Lizak | Dividend paid 100.00% on $6,905.84, Attorney for Trustee Fees (Other Firm); Reference: Voided: check issued on 04/07/08 | 3210-000 | | -6,905.84 | 9,343.51 |
| 04/14/08 | 104 | Louis W. Levit, P.C. | Dividend paid 100.00% on $2,362.50, Attorney for Trustee Fees (Trustee Firm); Reference: Voided: check issued on 04/07/08 | 3110-000 | | -2,362.50 | 11,706.01 |
| 04/14/08 | 105 | American Express Bank FSB | Dividend paid 100.00% on $15,293.13; Claim# 3; Filed: $15,293.13; Reference: Voided: check issued on 04/07/08 | 7100-000 | | -15,293.13 | 26,999.14 |
| 04/14/08 | 106 | B-Line, LLC/Chase Bank USA, N.A. | Dividend paid 100.00% on $2,339.45; Claim# 4; Filed: $2,339.45; Reference: Voided: check issued on 04/07/08 | 7100-000 | | -2,339.45 | 29,338.59 |
| 04/14/08 | 107 | eCAST Settlement Corporation successor to | Dividend paid 100.00% on $11,485.52; Claim# 5; Filed: $11,485.52; Reference: Voided: check issued on 04/07/08 | 7100-000 | | -11,485.52 | 40,824.11 |
| 04/14/08 | 108 | Louis W. Levit, Trustee | COMBINED CHECK FOR TRUSTEE | 2100-000 | | -3,202.62 | 44,026.73 |
| | | | **Subtotals :** | | **$0.00** | **$-44,026.73** | |

{} Asset reference(s)

Printed: 05/07/2008 09:11 AM    V.10.03

Page: 5

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 06-02712 CPJ
**Case Name:** HELGERT, HELENE M.
**Taxpayer ID #:** 13-7546607
**Period Ending:** 05/07/08

**Trustee:** LOUIS W. LEVIT (330450)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** \*\*\*-\*\*\*\*\*98-66 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | COMPENSATION, EXPENSES AND INTEREST Voided: check issued on 04/07/08 | | | | |
| 04/14/08 | 109 | Alan D. Lasko & Associates, P. C. | Dividend paid 100.00% on $2,423.80, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 2,423.80 | 41,602.93 |
| 04/14/08 | 110 | Alan D. Lasko & Associates, P. C. | Dividend paid 100.00% on $13.87, Accountant for Trustee Expenses (Other Firm); Reference: | 3420-000 | | 13.87 | 41,589.06 |
| 04/14/08 | 111 | DiMonte & Lizak | Dividend paid 100.00% on $6,905.84, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 6,905.84 | 34,683.22 |
| 04/14/08 | 112 | Louis W. Levit, P.C. | Dividend paid 100.00% on $2,362.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 2,362.50 | 32,320.72 |
| 04/14/08 | 113 | American Express Bank FSB | Dividend paid 100.00% on $15,293.13; Claim# 3; Filed: $15,293.13; Reference: | 7100-000 | | 15,293.13 | 17,027.59 |
| 04/14/08 | 114 | B-Line, LLC/Chase Bank USA, N.A. | Dividend paid 100.00% on $2,339.45; Claim# 4; Filed: $2,339.45; Reference: | 7100-000 | | 2,339.45 | 14,688.14 |
| 04/14/08 | 115 | eCAST Settlement Corporation successor to | Dividend paid 100.00% on $11,485.52; Claim# 5; Filed: $11,485.52; Reference: | 7100-000 | | 11,485.52 | 3,202.62 |
| 04/14/08 | 116 | Louis W. Levit, Trustee | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | | |
| | | | Dividend paid 100.00% on $3,157.92; Claim# ; Filed: $5,144.58 | 2100-000 | | 3,157.92 | 0.00 |
| | | | Dividend paid 100.00% | 2200-000 | | 44.70 | 0.00 |
| | | | | Subtotals : | $0.00 | $44,026.73 | |

{} Asset reference(s)                                        Printed: 05/07/2008 09:11 AM    V.10.03

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 06-02712 CPJ  
**Case Name:** HELGERT, HELENE M.  
**Taxpayer ID #:** 13-7546607  
**Period Ending:** 05/07/08  

**Trustee:** LOUIS W. LEVIT (330450)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****98-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | on $44.70; Claim# ; Filed: $44.70 | | | | $0.00 |
| | | | **ACCOUNT TOTALS** | | 44,026.73 | 44,026.73 | |
| | | | Less: Bank Transfers | | 44,026.73 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 44,026.73 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $44,026.73 | |

|  | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| MMA # ***-*****98-65 | 44,026.73 | 0.00 | 0.00 |
| Checking # ***-*****98-66 | 0.00 | 44,026.73 | 0.00 |
| | $44,026.73 | $44,026.73 | $0.00 |